Terri R. Pickens, ISB No. 5828
Givens Pursley LLP
601 W. Bannock Street
Boise, Idaho 83702
Telephone: 208-388-1200
Facsimile: 208-388-1300
terripickens@givenspursley.com
S:\CLIENTS\8455\13\Motion for Extension of Time to Respond to MSJ.DOC

*Attorney for Plaintiff Vernon J. Mortenson*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VERNON J. MORTENSON,<br><br>  Plaintiff,<br><br>v.<br><br>DUSTIN DEISSNER, RUSSELL VAN CAMP and VAN CAMP & DEISSNER,<br><br>  Defendants. | Case No. 2:08-CV-00369<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW Plaintiff Vernon J. Mortensen ("Mortensen") by and through his attorney of record, Terri R. Pickens of Givens Pursley LLP, and hereby moves this court pursuant to I.R.C.P. 56(f) for an order extending the time for Plaintiff to respond to Defendant's motion for summary judgment.

This motion is made and based on the grounds and for the reasons that the parties have not engaged in meaningful discovery and Mortensen would like to take depositions and submit interrogatories and requests for production prior to responding to the pending motion. Mortensen would also like to take the deposition of Dustin Deissner regarding his Affidavit made in support of motion for summary judgment. Mortensen believes that a 90-day extension to respond to the motion for summary judgment will allow for adequate discovery to be taken to

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1

respond to the motion for summary judgment.

This motion is supported by records and files herein and the Affidavit of Terri R. Pickens filed concurrently herewith.

DATED this 26 day of September, 2008.

GIVENS PURSLEY LLP

By: _____
Terri R. Pickens
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 26 day of September, 2008, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Dustin Deissner<br>Van Camp & Deissner<br>1707 W. Broadway Ave.<br>Spokane, WA 99201 | _____ HAND DELIVER<br>_____ U.S. MAIL (deissnerlaw@aol.com)<br>_____ OVERNIGHT MAIL<br>_____ TELECOPY (509-326-6978)<br>__X__ ECF Filing |

_____
Terri R. Pickens